**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MILTON HOLMES, Individually and On Behalf of a Similarly Situated Class of African Americans, | § § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-4841 |
| | § | |
| SERVICE CORPORATION INTERNATIONAL, | § § § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiffs' unopposed motion for extension of time to file plaintiffs' motion for class certification, (Docket Entry No. 4)1, is granted. The motion filing date will be set, as appropriate, after the court rules on the defendant's pending motion for judgment.

SIGNED on June 25, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge