IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILTON HOLMES, Individually and On Behalf of a Similarly Situated Class of African Americans, § § § § Plaintiff, § § VS. § SERVICE CORPORATION § INTERNATIONAL, § § Defendant. § | CIVIL ACTION NO. H-10-4841 |

## ORDER

The plaintiff has requested a one-week extension of time to respond to the court's inquiry.

The request is granted.

SIGNED on June 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge