IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON HOLMES, Individually and On Behalf of a Similarly Situated Class of African Americans, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-4841 |
| SERVICE CORPORATION INTERNATIONAL, | § § § § | |
| Defendant. | § | |

**ORDER**

The plaintiff has requested a one-week extension of time to respond to the court's inquiry.

The request is granted.

SIGNED on June 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge