IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON HOLMES, Individually and On Behalf of a Similarly Situated Class of African Americans, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-4841 |
| SERVICE CORPORATION INTERNATIONAL, | § § § § | |
| Defendant. | § | |

**ORDER FOLLOWING NOTICE OF SETTLEMENT STAYING CASE AND DISMISSING WITHOUT PREJUDICE PENDING SETTLEMENT COMPLETION**

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the parties' right to move for reinstatement within 60 days on a showing that the settlement could not be completed. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

SIGNED on August 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge